## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:13cr00006 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| QUENTIN ROBINSON, | : | |
| Defendant. | : | |

## ORDER

This matter came before the Court for hearing on February 5, 2013 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #20). Having conducted a full colloquy with Defendant Quentin Robinson, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the comprehensive findings by the United States Magistrate Judge, this Court adopts

the findings and recommendations of the United State Magistrate Judge, and finds that

the Defendant Quentin Robinson's guilty plea was knowing, voluntary, and intelligent.

Defendant is FOUND guilty of the offense to which he pled – specifically, Count I of the

Information, Aiding and Abetting in the Distribution of a Mixture or Substance

Containing a Detectable Amount of Heroin in violation of Title 21 U.S.C. §§841(a)(1),

841(b)(1)(C), and 18 U.S.C. §2.

Walter Herbert Rice
United States District Judge