IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

QUENTIN ROBINSON,

    Defendant.

:   Case No. 3:13cr6

:   JUDGE WALTER H. RICE

:

:

---

## ORDER RELEASING DEFENDANT FROM CUSTODY

---

Pursuant to the record made in open Court, the defendant is ordered released from the Butler County Jail immediately.

February 28, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Probation Office
United States Marshal