IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:13cr006

QUENTIN ROBINSON,

    JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS RE-IMPOSED PERIOD OF SUPERVISED RELEASE, BUT DELAYING DISPOSITION; DEFENDANT ORDERED IMMIEDATELY RELEASED FROM CUSTODY; FOLLOW UP COURT APPEARANCE SET

---

On February 28, 2018, the Defendant, having previously been found in violation of his re-imposed period of supervised release, a status that began October 18, 2016, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid February 28, 2018, the Court declined to render final disposition on that date. Rather, Defendant was ordered to be immediately released from the Butler County Jail, subject to a further Court appearance on Tuesday, May 29, 2018, at 3:00 p.m. In the interim, he is to contact Pastor Taylor and, if no job offer is forthcoming, to contact the Montgomery County Office of Reentry for possible enrollment in that office's Reentry Career Alliance Academy. Moreover, he is to report to United States Probation Officer Melissa Dues on the same date on which he is released from the Butler County Jail and is to

follow and complete all the presently undischarged conditions of the supervised release which was initially granted him.

March 1, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Melissa Dues, U.S. Probation Officer